Case 1:17-cr-00009-TWP-DLP   Document 75   Filed 11/10/25   Page 1 of 1 PageID #: 337

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

United States of America )
v. )
Walter Lee Carroll III )
) Case No: 1:17CR00009-001
) USM No: 15602-028
Date of Original Judgment: 04/26/2017 )
Date of Previous Amended Judgment: )  Jacob Leon
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  156 months on Cts. 1-4   months **is reduced to**  146 months on Cts. 1-4*  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* 146 on each of Counts 1 through 4, concurrent, and 84 months on Count 5, consecutive for a total term of 230 months.

Except as otherwise provided, all provisions of the judgment dated  04/26/2017  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2025

*Judge's signature*

Effective Date: _____     Honorable Tanya Walton Pratt, U.S. District Court Judge
*(if different from order date)*     *Printed name and title*

A CERTIFIED TRUE COPY
Kristine L. Seufert
U.S. District Court
Southern District of Indiana
By _____ Deputy Clerk